James E. Oldendorph, Bar No. 230556
joldendorph@lcwlegal.com
Keenan P. O'Connor, Bar No. 311800
koconnor@lcwlegal.com
LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045
Telephone:  310.981.2000
Facsimile:   310.337.0837

Attorneys for Defendant CITY OF EL SEGUNDO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECA SMITH, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF EL SEGUNDO, a California general law municipal corporation, and DOES 1-100,<br><br>　　　　　Defendant. | Case No.:<br><br>**NOTICE OF REMOVAL OF ACTION** |

**TO THE CLERK OF THE COURT OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that Defendant CITY OF EL SEGUNDO ("Defendant") hereby removes to this Court the state court action described below:

1. On May 11, 2022, Rebeca Smith ("Plaintiff") filed an initial complaint ("Initial Complaint") for damages with the Superior Court of the State of California in and for the County of Los Angeles entitled *Rebeca Smith v. City of El Segundo, and Does 1 through 100, inclusive*, as, Case Number 22STCV15795, a copy of which is attached hereto as Exhibit "A."

2. The Initial Complaint set forth the following eight causes of action:

- **First Cause of Action:** Gender Discrimination in Violation of Equal Protection Clause (14th Amendment; 42 USC § 1983);

- **Second Cause of Action:**  Race Discrimination in Violation of Equal Protection Clause (14th Amendment; 42 USC § 1983);
- **Third Cause of Action:**  Retaliation in violation of 1st Amendment Freedom of Speech (1st Amendment; 42 USC § 1983);
- **Fourth Cause of Action:**  Violation of Title IX (20 USC § 1681, et seq.)
- **Fifth Cause of Action:**  Gender Discrimination (Govt. Code § 12940(A));
- **Sixth Cause of Action:**  Race Discrimination (Govt. Code § 12940(A));
- **Seventh Cause of Action:**  Familial Status Discrimination (Govt. Code § 12940(A));
- **Eighth Cause of Action:**  Failure to Prevent Discrimination (Govt. Code § 12940(K));

3. The first date upon which the Defendant received a copy of the Initial Complaint was May 18, 2022 when it was served with a copy of the Summons and Initial Complaint.  A true and correct copy of the Summons is attached hereto as Exhibit "B."

4. A true and correct copy of the Civil Case Cover Sheet filed with the State Court in this matter in connection with Plaintiff's Initial Complaint on May 11, 2022 is attached hereto as Exhibit "C."

5. A true and correct copy of the Notice of Case Assignment dated May 11, 2022 and served upon Defendant is attached hereto as Exhibit "D."

6. A true and correct copy of the Notice of Case Management Conference dated May 12, 2022 and served upon Defendant is attached hereto as Exhibit "E."

7. This action is removable to the District Court under 28 U.S.C. section 1441(a) because it contains three claims alleging a violation of 42 U.S.C. section 1983, and a separate claim under 20 U.S.C. section 1681, and as such, arises under

1  the laws of the United States, to which this Court has original jurisdiction under 28
2  U.S.C. section 1331.  The remaining four state claims are based on the same
3  nucleus of operative facts as the claims alleging a violation of 42 U.S.C. section
4  1983 and 20 U.S.C. section 1681 made under the laws of the United States, to
5  which this Court has supplemental jurisdiction under 28 U.S.C. § 1367.

6        8.     This NOTICE OF REMOVAL OF ACTION is filed with the District
7  Court within thirty (30) days after receipt by Defendant of a copy of the Complaint
8  setting forth for the first time the claim giving rise to removal under 42 U.S.C.
9  section 1983 and 20 U.S.C. section 1681 in accordance with 28 U.S.C. section
10 1446(a) and (b).

11       9.     Defendant is providing prompt notice to all adverse parties of the filing
12 of this NOTICE OF REMOVAL OF ACTION and will file a copy of the NOTICE
13 OF REMOVAL OF ACTION with the Clerk of the Los Angeles County Superior
14 Court.

15      10.    For all these reasons, the above-described action now pending in the
16 Superior Court of the State of California for the County of Los Angeles should be
17 removed to this District Court in accordance with the provisions of 28 U.S.C.
18 sections 1441, and 1446(a) and (b).

19 Dated: June 3, 2022                       Respectfully submitted,

LIEBERT CASSIDY WHITMORE

By:    */s/ Keenan P. O'Connor*
James E. Oldendorph
Keenan P. O'Connor
Attorneys for Defendant CITY OF
EL SEGUNDO

LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

## PROOF OF SERVICE

I am a citizen of the United States and resident of the State of California. I am employed in San Diego, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years and not a party to the within action.

On **June 3, 2022,** I served the foregoing document(s) described as **NOTICE OF REMOVAL OF ACTION** in the manner checked below on all interested parties in this action addressed as follows:

Kevin A. Lipeles
Thomas H. Schelly
Aleksandra Urban
LIPELES LAW GROUP, APC
880 Apollo Street, Suite 336
El Segundo, CA 90245
Email: kevin@kallaw.com
thomas@kallaw.com
aleksandra@kallaw.com

*Attorneys for Plaintiff*

☐ **(BY U.S. MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Liebert Cassidy Whitmore for collection and processing of document(s) to be transmitted by facsimile. I arranged for the above-entitled document(s) to be sent by facsimile from facsimile number 619.446-0015 to the facsimile number(s) listed above. The facsimile machine I used complied with the applicable rules of court. Pursuant to the applicable rules, I caused the machine to print a transmission record of the transmission, to the above facsimile number(s) and no error was reported by the machine. A copy of this transmission is attached hereto.

☑ **(BY OVERNIGHT MAIL)** By overnight courier, I arranged for the above-referenced document(s) to be delivered to an authorized overnight courier service, FedEx, for delivery to the addressee(s) above, in an envelope or package designated by the overnight courier service with delivery fees paid or provided for.

☐ **(BY ELECTRONIC SERVICE PROVIDER)** I am readily familiar with the firm's practice for filing electronically. Through the Use of PACER, I arranged a true and correct copy of the above-referenced document to be electronically served to the email address(es) registered with the court this day in the ordinary course of business following ordinary business practices.

☑ **(BY ELECTRONIC SERVICE)** By electronically mailing a true and correct copy through Liebert Cassidy Whitmore's electronic mail system from ptucker@lcwlegal.com to the email address(es) set forth above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **(BY PERSONAL DELIVERY)** I delivered the above document(s) by hand to the addressee listed above.

Executed on **June 3, 2022**, at San Diego, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*
Phyllis Tucker

5

Notice of Removal of Action

10093859.2 EL140-136